UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUY LEE MALETTA, | ) | CIV F 04 5866 REC WMW P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #8) |
| JAMES YATES, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 18, 2005, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from May 3, 2005 in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   April 27, 2005**             **/s/  William M. Wunderlich**
j14hj0                                           UNITED STATES MAGISTRATE JUDGE