IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY LEE MALETTA,

    Plaintiff,                                CV F 04 5866 REC WMW   P

    vs.                                            <u>ORDER</u>

JAMES YATES, et al.,

    Defendants.

        On June 3, 2005, findings and recommendations were entered, recommending dismissal of this action for plaintiff's failure to file an amended complaint that stated a claim for relief.  On June 2, 2005, plaintiff filed an amended complaint.  Accordingly, the June 3, 2005, recommendation of dismissal is vacated.  This action proceeds on the June 2, 2005, first amended complaint.

IT IS SO ORDERED.

**Dated:   June 16, 2005**                        **/s/  William M. Wunderlich**
j14hj0                                          UNITED STATES MAGISTRATE JUDGE