UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GUY LEE MALETTA,

vs

JAMES YATES, et al.,

CV F 04 5866 LJO WMW P

ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

YOU ARE HEREBY NOTIFIED that the above-entitled action has been placed on the calendar of the Honorable Lawrence J. O' Neill, U.S. District Judge for dismissal for lack of prosecution.

YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why the action should or should not be dismissed. Such affidavits or certificates are to be filed within thirty days of the date of service of this order. Failure to comply will result in dismissal of the action and/or other sanctions.

IT IS SO ORDERED.

Dated:   March 16, 2007            /s/  William M. Wunderlich
j14hj0                             UNITED STATES MAGISTRATE JUDGE

1