IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY LEE MALETTA,

    Plaintiff,                      CV F 04 5866 LJO WMW

  vs.                                    ORDER DISMISSING ACTION

JAMES YATES, et al.,

    Defendants.

On March 19, 2007, an order to show cause was issued, directing Plaintiff to show cause within thirty days why this action should not be dismissed for his failure to prosecute. Plaintiff has not filed a response to the order to show cause.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   April 23, 2007**                     /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE